UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. REYES,

                Plaintiff,

    – against –

HEY HARPER SHOP US LLC *d/b/a* HEY HARPER-SOHO NYC *and* 260 ELIZABETH STREET OWNER LLC

                Defendants.

**ORDER**
23-cv-9072 (ER)

Ramos, D.J.:

    The Court having been advised that all claims against Hey Harper Shop US LLC d/b/a Hey Harper-Soho NYC ("Hey Harper") have been settled, it is ORDERED, that the above-entitled action is hereby stayed *solely* as to Hey Harper, subject to reopening should the settlement not be consummated **within sixty (60) days** of the date hereof.

    Any application to reopen must be filed **within sixty (60) days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, the parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court **within the next sixty (60) days** with a request that the agreement be "so ordered" by the Court.

    The parties are further directed to file a Notice of Voluntary Dismissal of Hey Harper **within sixty (60) days** of the date hereof.

2

For the avoidance of any doubt, this Order applies only as to Reyes' claims against Hey Harper and does not impact Reyes' claims against any other defendant.

SO ORDERED.

Dated:   March 20, 2024
         New York, New York

_____
Edgardo Ramos, U.S.D.J.