UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. REYES,

                Plaintiff,

– against –

HEY HARPER SHOP US LLC *d/b/a* HEY HARPER-SOHO NYC *and* 260 ELIZABETH STREET OWNER LLC

                Defendants.

**ORDER**

23-cv-9072 (ER)

Ramos, D.J.:

    On March 19, 2024, Plaintiff informed the Court that he settled as to Hey Harper Shop US LLC. Doc. 22. The case was not settled as to 260 Elizabeth Street Owner LLC, which has not appeared.

    On March 27, 2024, the Southern District of New York mediator's office informed the Court that court-ordered mediation was not held as some parties had settled.

    Plaintiff is directed to submit a status report as to the outstanding claims by April 5, 2024.

    It is SO ORDERED.

Dated:    March 27, 2024
             New York, New York

                                                                     Edgardo Ramos, U.S.D.J.